JS-6

FILED
CLERK, U.S. DISTRICT COURT

7/14/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_CW\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>  v.<br><br>BLUE SAVANNAH INVESTMENT CO., LLC., a California Limited Liability Company;<br>J & U CORPORATION, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:16-CV-03164-BRO-MRW<br><br>**ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: <u>July 14, 2016</u>     _____
                       HONORABLE BEVERLY REID O'CONNELL
                       UNITED STATES DISTRICT JUDGE